District Judge Marsha J. Pechman
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEKOU CAMARA,<br># 93-436-430<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General, *et al.*,<br><br>    Respondents. | NO. C07-578-MJP-MAT<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO RESPONDENT'S RETURN AND MOTION TO DISMISS<br><br>(Noted for Consideration on the Court's Calendar on June 22, 2007) |

The parties having stipulated to an extension of time to June 25, 2007 for Petitioner's filing of his response to the Respondents' Return and Motion to Dismiss (Dkt. No. 12) and re-noting for consideration on the Court's calendar to June 29, 2007,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 26th day of June, 2007.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO RESPONDENT'S RETURN AND MOTION TO DISMISS       1
(Sekou Camara; 07-cv-578-MJP-MAT)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

June 26, 2007
DATED

s/ Jay W. Stansell
Jay W. Stansell, WSBA No. 18752
Assistant Federal Public Defender

Chris Kerkering, WSBA No. 31818
Staff Attorney

Attorneys for Petitioner
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile

June 18, 2007
DATED

s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA No. 28189
Assistant United States Attorney
Attorney for Respondents
700 Stewart Street, Suite 5220
Seattle WA 98101
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: Kristin.B.Johnson@usdoj.gov